■■■ MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., Respondent, et al., Defendants. (Appeal No. 3.) [759 NYS2d 414] —Appeal from a judgment of Supreme Court, Jefferson County (Gilbert, J.), entered March 8, 2002, which, inter alia, dismissed the amended complaint against defendant Wal-Mart Stores, Inc.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Hurlbutt, Lawton and Hayes, JJ.

■■■ MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., et al., Defendants, and EDGEWATER CONSTRUCTION COMPANY, INC., et al., Respondents. (Appeal No. 4.) [759 NYS2d 414] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered March 27, 2002, which, inter alia, granted the motion of defendants Edgewater Construction Company, Inc. and Edgewater Services Company, Ltd. for summary judgment and dismissed the amended complaint against them.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Hurlbutt, Lawton and Hayes, JJ.

■■■ MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., et al., Defendants, and EDGEWATER CONSTRUCTION COMPANY, INC., et al., Respondents. (Appeal No. 5.) [759 NYS2d 415] —Appeal from a judgment of Supreme Court, Jefferson County (Gilbert, J.), entered May 2, 2002, which, inter alia, dismissed the amended complaint against defendants Edgewater Construction Company, Inc. and Edgewater Services Company, Ltd.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Hurlbutt, Lawton and Hayes, JJ.